

| | |
|---|---|
| William L. Sinde<br>Plaintiff | United States District Court<br>Northern District of Illinois |
| VS | |
| City of Zion, IL Police Department<br>Defendant<br>Lake County Illinois States Attorney's Office<br>Defendant<br>State of Illinois Circuit Court 19th Judicial Circuit<br>Defendant | **08CV2743<br>JUDGE ZAGEL<br>MAG. JUDGE KEYS** |

## COMPLAINT

Violation of U.S.C. Bill of Rights, Amendment II, IV, XIV, Title 18, U.S.C. Section 242, Deprivation of Rights Under Color of Law. The Civil Rights Act 1871,42 U.S.C. $1983 Police and Prosecutorial Misconduct.

### JURY DEMANDED

1. 09-21-2006, City of Zion, IL. Police Officers, at/about 1am, entered Plaintiff's home 915 18th St. Zion, IL 60099, without exigent circumstances, warrant or probable cause, arrested, double handcuffed Plaintiff, searched his person and house, seized personal property, removed plaintiff/property, "i.e. two(2) handguns". To the Zion, IL police lockup, holding Plaintiff incommunicado several hours without charge.

   a. These Police Officers, did not observe the plaintiff in the commission of any Federal, State or Local crime or ordinance violation nor where there any articulable or exigent circumstances that constituted probable cause to believe that the Plaintiff had committed any Federal, State or Local crime or ordinance violation.

   b. The defendant's named conspired with Zion, IL. Police, too violate and deprive Plaintiff of rights in a criminal manner with malice and forethought, with intent to intimidate and terrorize, with jail time, defame and cause great financial harm to plaintiff. "Thereby rendering null and void claims of immunity." The Civil Rights Act 1871, 42 U.S.C. $1983. Police and Prosecutorial Misconduct."

Wherefore: Plaintiff respectfully requests this Honorable Court enter Judgment against each Defendant in the amount of $1,000,000.00 (Million Dollars) in damages and expunge the arrest record, photographs and ballistics in total. And whatever other relief the Court deems appropriate.

William L. Sinde, PRO SE
*William L. Sinde*
915 18th St
Zion, IL 60099
1-847-246-4415

**FILED**
MAY 1 2 2008
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STATE OF ILLINOIS ) ss
COUNTY OF LAKE )

FILED
NOV 08 2006

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

People of State of IL

vs.

William Sinde

Gen. No. 06 CMS874

### ORDER

It is Hereby ordered = The Zion Police Department shall return to Mr. William Sinde his two (2) firearms, which were seized on or about 9/21/06, as well as any van keys in their possession. Mr. William Sinde is to present a valid F.O.I.D. card at that time.

Dated at Waukegan, Illinois this 14th day of November, 2006.

ENTER: _____
                Judge

ORDER PREPARED BY: Tim Johnston, ASA
(Please Print Name and Address)

171-94 rev 1/00

STATE OF ILLINOIS )
COUNTY OF LAKE ) ss

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

People of the State of Illinois
vs.
William K. SINDE

Gen. No. 06CM5874

**ORDER**

After a bench trial on the charge of Aggravated Assault, the defendant was found NOT guilty. Defendant is hereby released.

FILED
NOV 27 2006
CIRCUIT CLERK

Dated at Waukegan, Illinois this 27th day of November, 20 06.

ENTER: _____
Judge

ORDER PREPARED BY: Tim Johnston, ASA
(Please Print Name and Address)
18 N. County Street
Waukegan, IL 60085

171-94 rev 1/00