APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: William L. Sinde, PRO SE
(Please print)

STREET ADDRESS: 915 18Th ST.

CITY/STATE/ZIP: Zion, Il. 60099

PHONE NUMBER: 847 246 4415

CASE NUMBER: 08CV2743
JUDGE ZAGEL
MAG. JUDGE KEYS

X Wm L. Sinde   5-12-08
       Signature  Date

FILED
MAY 1 2 2008
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT