## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                      Case Number: 08 C 2743
WILLIAM L. SINDE v. ZION POLICE DEPARTMENT, et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LAKE COUNTY STATE'S ATTORNEY'S OFFICE

| | |
|---|---|
| NAME (Type or print) THOMAS ANGER, Assistant State's Attorney | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Thomas Anger | |
| FIRM  Lake County State's Attorney's Office | |
| STREET ADDRESS  18 North County Street, 3rd Floor | |
| CITY/STATE/ZIP  Waukegan IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06282443 | TELEPHONE NUMBER  847-377-3050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |