IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. SINDE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 2743 |
| | ) | |
| ZION POLICE DEPARTMENT, et al., | ) | Judge Zagel |
| | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge Keys |

NOTICE OF FILING

To:   William L. Sinde
      915 18th Street
      Zion, IL 60099-1808

  Please take notice that on Friday, May 30, 2008, the undersigned caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, an Appearance and the Defendant's Motion for Enlargement of Time to Answer or Otherwise Plead, copies of which are attached hereto and herewith served upon you.

                    By:   s/Thomas Anger
                          Assistant State's Attorney

Thomas Anger #6282443
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
(847) 377-3050
U:\WPDATA\CIVIL\Tom Anger\Civil Litigation\Sinde v. 19th Jud. Cir. and LCSAO 08-2743\NOF.wpd

CERTIFICATE OF SERVICE

  I, Thomas Anger, an attorney, certify that I served a copy of the foregoing Notice of Filing and Appearance to William Sinde at the address listed above on May 30, 2008.

                    By:   s/Thomas Anger