IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM L. SINDE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZION POLICE DEPARTMENT, et al., )<br>)<br>Defendants. ) | Court No. 08 C 2743<br><br>Judge Zagel<br><br>Magistrate Judge Keys |

### NOTICE OF MOTION

TO:   William L. Sinde
      915 18th Street
      Zion, IL 60099

    PLEASE TAKE NOTICE that on June 10, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel or whomever may be sitting in his stead, Room 2503, in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **DEFENDANT ILLINOIS CIRCUIT COURT'S RULE 12(b)(1) and 12(b)(6) MOTION TO DISMISS**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois

s/Kathleen L. Ford
KATHLEEN L. FORD
Assistant Attorney General
General Law Bureau
100 West Randolph St., 13th floor
Chicago, Illinois 60601
312/814-5160

### CERTIFICATE OF SERVICE

    The undersigned, an attorney of record, hereby certifies that on June 3, 2008, she mailed a copy of the above mentioned document, to the above named, at the above address, via U.S. Mail from 100 W. Randolph Street, Chicago, Illinois.

s/Kathleen L. Ford
Assistant Attorney General