**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William L. Sinde

                              Plaintiff,

v.                                                 Case No.: 1:08−cv−02743
                                                         Honorable James B. Zagel

City of Zion, IL Police Department, et al.

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion for extension of time until 7/13/2008 for defendant Lake County State's Attorney Office to answer otherwise plead [7] is granted.Mailed notice(drw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.