MHN

FILED
6-27-2008
JUN 27 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

William L. Sinde, Plantiff, Pro Se

Court No. 08 C2743

V

City of Zion, Illinois,et al, Defendant

Judge Zagel
Magistrate Keys

PLANTIFF MOTION FOR COURT

Reconsideration/Reinstatement of Defendant State of Illinois Circuit Court 19th Judicial Circuit. Clerks docket entry, Tuesday, June 10, 2008; MINUTE entry before The Honorable James B. Zagel:
Motion to dismiss Defendant State of Illinois Circuit Court 19th Judicial Circuit (11) is granted. State of Illinois Circuit Court 19th Judicial Circuit terminated.

1.Plaintiff objects:

a. To dismissal of defendant pursuant to Rule 12 (b) (1) and (6) of Federal Rules of Civil Procedure. Description of claim is supported by evidence included with filed complaint, are sufficient grounds for claim. Shows plaintiffs right to relief. Two (2) 19th Judicial Circuit Court Judges, violated plaintiffs U. S. C. XIV amendment rights, i.e. No State shall make --- nor deny to any person within it's jurisdiction the equal protection of the laws. Both Judges are employees of the 19th Judicial Circuit Court. "In The People of The State of Illinois vs William L. Sinde, The People are person's, I'm one of the people and a person, a citizen of U.S.A."

b. Dismissal because Plaintiffs claims are barred by U.S.C. XI amendment, absent consent of The State a suit against The State, agencies, departments are prohibited – etc. U.S.C. XIV amendment overrides i.e No State shall make or enforce any law, which shall abridge the privileges or immunities of citizens of The United States, nor shall any State deprive any person – nor deny to any person within its jurisdiction the equal protection of the laws.

WHEREFORE; Plaintiff respectfully request this Honorable Court reinstate as Defendant State of Illinois Circuit Court 19th Judicial Circuit Court, NO. 08C2743, On U. S. C., Guarantee, Rights. See attachment, Lake Co. Il., States Attrny, response to Discovery Motion, Prior to 11-27-06, Hearing, 19th J.C.C.,.

Respectfully submitted
William L. Sinde

William L. Sinde, Pro Se
915 18th St
Zion, Il 60099
847-246-4415

Count 1 of 1

STATE OF ILLINOIS )
) SS General No. 06 CM 5874
COUNTY OF LAKE )

**DCN#:**

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

## INFORMATION

Now come the PEOPLE OF THE STATE OF ILLINOIS, by MICHAEL J. WALLER STATE'S ATTORNEY OF LAKE COUNTY, ILLINOIS, and hereby charge upon information and belief that:

**WILLIAM SINDE DOB: 2/24/39**

hereinafter called the defendant(s), did on or about SEPTEMBER 21, 2006, in Lake County, Illinois, commit the offense of:

**AGGRAVATED ASSAULT**

in violation of 720 ILCS 5/12-2(a)(1), in that the said defendant in committing an assault, in violation of 720 ILCS 5/12-1(a), used a deadly weapon, in that the defendant, without lawful authority, knowingly waived [illegible]er at Vi[illegible]r Sinde thereby placing him in reasonable apprehension of receiving a battery.

MICHAEL J. WALLER
STATE'S ATTORNEY OF LAKE COUNTY

By: ______________________________
Assistant State's Attorney

---

BEN DILLON, being first duly sworn on oath deposes and says that the foregoing Information is true.

______________________________
ASSISTANT STATE'S ATTORNEY

Subscribed and sworn to
before me on October 25, 2006

______________________________
NOTARY PUBLIC

---

**ZION PD**

SEX:M RACE:W HT:6'0 WT:195 EYES:BRN HAIR: BRN
**SS#: DL#:**
**ADDRESS: 915 18TH STREET, ZION IL**

IN THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

## PERSONAL RECOGNIZANCE BOND

06 cm 5874

PEOPLE OF THE STATE OF ILLINOIS

vs.

CASE NO.: 06Cm 5874

Sinde, William L 2-2439 — DEFENDANT / DATE OF BIRTH

915 18th Zion Il 60099 — DEFENDANT'S ADDRESS

OFFENSE(S) CHARGED: Aggravated Assault

AMOUNT OF BAIL $

The above named defendant agrees that he/she will: October 26 9:00 Am C221 Judge Rozzetti Rosenberg

1. Appear on October 26, 2006 at 9:00 AM / PM in C221 of the Lake County Courthouse Complex or Branch Court 18 N County.
2. That if he/she fails to appear, on any ordered court date, he/she will owe the State the full amount of bail.
3. Abide and follow all Court orders including Orders of Protection and not violate any laws.
4. Give immediate written notice of change of address to the Clerk of the Circuit Court.
5. Not leave the State without prior Court permission.

☐ Report to the Pretrial Bond Supervision Unit of the Lake County Adult Probation Department, 20 South County Street, Waukegan, Illinois, and follow all their rules and conditions, and the following additional conditions:

☒ Not have contact or communication with Victoria Sinde or be in the premises of ______ for ☒ 72 hours or ☐ until further order of court.

☐ No violent or harassing contact with ______ until further order of Court.

☐ Not possess or consume any alcohol or controlled substances.

☐ Submit to random testing and pay for tests. Cost not to exceed $5.00 per test or $6.00 per Instant Stick test.

☐ Abide by a curfew covering: ______

☐ No contact with children under 18 years of age. OR ☐ Contact supervised by: ______

☐ Refrain from possessing a firearm or other dangerous weapon.

☐ Pre-trial bond service fee $75.00

☐ Other ______

### CERTIFICATE OF DEFENDANT

I the undersigned Defendant, have read, understand and accept the above stated terms and conditions and furthermore agree that if I fail to appear I will waive my right to confront witnesses and trial can proceed in my absence and if found guilty, I can be sentenced in my absence, I will forfeit the bail set for me and judgment will enter against me for the above stated amount.

William L. Sinde 9-26

DEFENDANT DATE

Signed before me

JUDGE DATE

White Copy: Court

WITNESS DATE

Yellow Copy: Defendant

171-116 rev 11/02



# Zion Police Department

2101 Salem Blvd., Zion, IL. 60099
(847) 872-8000 FAX (847) 746-4088

CASE REPORT NO. 06-2206
DATE 9/21/06 TIME 113 AM

## CRIME AGAINST PERSON CASE REPORT

| NATURE OF OFFENSE | LOCATION OF OFFENSE | DATE & TIME OF OFFENSE |
|---|---|---|
| Agg. Assault | 915 18th St Zion IL 60099 | 9/21/06 113 AM |

| COMPLAINANT NAME | ADDRESS OF COMPLAINANT (Street, City, State and ZIP) | HOME PHONE |
|---|---|---|
| Sinde, Victor F | 915 18th St Zion IL 60099 | (847) 246-4415 |

| D.O.B. | SEX / RACE | PLACE OF EMPLOYMENT (Street, City, State and ZIP) | WORK PHONE |
|---|---|---|---|
| 12/01/69 | M/W | N/A | ( ) |

**Person 1** — ADULT: ☒ JUVENILE: ☐ VICTIM: ☒ OFFENDER: ☐ WITNESS: ☐ Can Identify yes ☐ no ☐ Arrest Made yes ☒ no ☐

| NAME | ADDRESS (Street, City, State and ZIP) | HOME PHONE |
|---|---|---|
| same as Complainant | | ( ) |

| D.O.B. | AGE | SEX / RACE | PLACE OF EMPLOYMENT (Street, City, State and ZIP) | OCCUPATION | WORK PHONE |
|---|---|---|---|---|---|
| | | | | | ( ) |

| HEIGHT | WEIGHT | HAIR | EYES | COMP | GANG NAME: | ALIAS / STEET NAME | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CLOTHING | TICKET NO. | STATUTE NO. | CLASS OF OFFENSE |
|---|---|---|---|
| | | | |

**Person 2** — ADULT: ☒ JUVENILE: ☐ VICTIM: ☐ OFFENDER: ☒ WITNESS: ☐ Can Identify yes ☐ no ☐ Arrest Made yes ☐ no ☐

| NAME | ADDRESS (Street, City, State and ZIP) | HOME PHONE |
|---|---|---|
| Sinde, William | 915 18th St Zion IL 60099 | (847) 246-4415 |

| D.O.B. | AGE | SEX / RACE | PLACE OF EMPLOYMENT (Street, City, State and ZIP) | OCCUPATION | WORK PHONE |
|---|---|---|---|---|---|
| 12/24/39 | 67 | M/W | N/A | N/A | (N/A |

| HEIGHT | WEIGHT | HAIR | EYES | COMP | GANG NAME: | ALIAS / STEET NAME | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| 6'00" | 195 | Blu | Brn | | | | |

| CLOTHING | TICKET NO. | STATUTE NO. | CLASS OF OFFENSE |
|---|---|---|---|
| | 11938 | 12-2(a)1 | Class A |

**Person 3** — ADULT: JUVENILE: VICTIM: OFFENDER: ☐ WITNESS: Can Identify yes ☐ no ☐ Arrest Made yes ☐ no

| NAME | ADDRESS (Street, City, State and ZIP) | HOME PHONE |
|---|---|---|
| | | ( ) |

| D.O.B. | AGE | SEX / RACE | PLACE OF EMPLOYMENT (Street, City, State and ZIP) | OCCUPATION | WORK PHONE |
|---|---|---|---|---|---|
| | | | | | ( ) |

| HEIGHT | WEIGHT | HAIR | EYES | COMP | GANG NAME: | ALIAS / STEET NAME | RELATIONSHIP TO VICTIM |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| CLOTHING | TICKET NO. | STATUTE NO. | CLASS OF OFFENSE |
|---|---|---|---|
| | | | |

| WEAPON INSTRUMENT OR MEANS OF ATTACK | HOW OFFENDER APPROACHED - ENTRY - DIRECTION | TRANS. TO MEDICAL FACILITY |
|---|---|---|
| Hammer | | |

WEAPON DISPLAYED ☐ REVOLVER ☐ SEMI AUTO PISTOL ☐ RIFLE ☐ SHOTGUN ☐ KNIFE ☒ OTHER — CAL OR GAUGE — COLOR ☐ BLUE ☐ CHROME ☐ OTHER

~~NATURE OF INJURIES AND LOCATION ON BODY~~

| EXACT WORDS USED BY OFFENDER | DRUGS OR ALCOHOL INVOLVED: |
|---|---|
| unknown | |

| OFFENDER'S VEHICLE ☐ USED BY ☐ TOWED ☐ STOLEN | YEAR | MAKE | MOD. / STYLE | COLOR | LICENSE NO. | STATE | YEAR | VIN |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| NAME OF EVIDENCE TECH. | PHOTOS TAKEN ☐ | NAME OF DETECTIVE OR J.O. NOTIFIED | NAME OF CORONER NOTIFIED |
|---|---|---|---|
| | | | |

| PROPERTY TAKEN | MONEY | JEWELRY | ELECTRONICS | CLOTHING | OTHER | NONE |
|---|---|---|---|---|---|---|
| | ☐ $ | ☐ $ | ☐ $ | ☐ $ | ☐ $ | ☐ |

STATUS (CHECK ONE) CLD ☒ UNFD ☐ NOT CLD ☐ CLD EX ☐ — IS FURTHER POLICE ACTION REQUIRED? ☐ YES ☒ NO — IF CASE IS CLEARED HOW CLEARED? (USE THIS BOX FOR SINGLE CLEAR UP OR FIRST CLEAR UP OF MULTIPLE) ☒ ARREST & PROSECUTE ☐ REPORT REFERRED TO PROSECUTOR ☐ COMPLAINANT REFUSED TO PROSECUTE ☐ STATION ADJUSTMENT

| REPORTING OFFICER | BODY NO. | SUPERVISOR APPROVING: | BODY NO. | DATE: |
|---|---|---|---|---|
| [signature] | 9 | Sgt. [signature] | 21 | 9/21/06 |

ASSIGNED TO: ☐ DETECTIVE BUREAU ☐ GANG UNIT ☒ FILE ASSIGNED BY: ☐ REPORTING OFFICER ☐ NARCOTIC UNIT ☐ COPY TO

# NON-TRAFFIC COMPLAINT AND NOTICE TO APPEAR

## ZION POLICE DEPARTMENT

| Court Case Number | Agency Report Number | DCN: |
|---|---|---|
| | 06-22069 | |

State of Illinois, County of Lake **№ 11938**

City/Village of ZION

IN THE CIRCUIT COURT OF THE 19TH JUDICIAL CIRCUIT LAKE COUNTY, ILLINOIS

☒ People - State of Illinois ☐ City/Village of ZION (Municipal Corporation Plaintiff), Illinois VS.

**DEFENDANT**

| | | | | | |
|---|---|---|---|---|---|
| Name (Last, First, Middle): SINDE, William L | | | | Alias ☐ | Date of Birth: 2/24/39 |
| Street Address: 915 8th St | | | | | |
| City: Zion | | | State: IL | | Zip Code: 60099 |
| Gender: ☒ Male ☐ Female | Race: W | Height: 6'00 | Weight: 195 | Hair: Gro | Eye: Blu |
| Social Security Number: 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 | Driver's License Number: S530 93239055 | | | | State: IL |
| SID Number | FBI Number | | Phone Number | | |

THE UNDERSIGNED STATES THAT ON Date 9/21/06 Time 1:13 AM

The Defendant did unlawfully commit the following offense: (Offense Title) Aggravated Assault

Narration: (Describe Offense) with said defendant, in committing an assault in violation of sect. 5/12-1 of Act 5 of (Chapter 720 of the Illinois Compiled) Statutes knowingly ~~[illegible]~~ waved a hammer at Victor E. Sindel thereby placing Victor E. Sindel in reasonable apprehension of receiving a battery

| In Violation of ☒ ILCS ☐ Local Ordinance | Chapter: 720 | Act: 5 | Sec: 12-2(a)(1) |
|---|---|---|---|

Location of Offense: 915 ~~15th~~ St Zion IL 60099

**COURT**

| Location of Court | | Room |
|---|---|---|
| Court Date: | Time: AM / PM | ☐ You Must Appear in Court on the date and time indicated. |

**BOND**

| ☐ Notice To Appear | ☐ Full ☐ 10% Cash Bond Taken | ☐ Personal Recognizance Bond |
|---|---|---|
| $ | Notice: The Court may issue a warrant for the arrest of any Defendant who has failed to appear and answer an arrest ticket duly served upon him and upon which a complaint has been filed. | |

Under Penalties as provided by law for false certification pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure and Perjury, the undersigned certifies that the statements set forth in the instrument are true and correct.

[signature] [signature] 9 9/21/06

Signature of Complainant

  

**ZION POLICE DEPARTMENT** 2101 Salem Blvd., Zion, IL. 60099 (847) 872-8000 fax (847) 746-4088

**Case:** 06-22069
**Nature of Incident:** Agg. Assault
**Location:** 915 18th St Zion IL 60099
**Date:** 09/21/06
**Time:** 1:13 AM
**Complainant:** Sinde, Victor E
**D.O.B:** 12/01/69 **Sex:** Male **Race:** White
**Home Address:** 915 18th St Zion IL 60099
**Home Phone:** 847-246-4415
**Cell Phone:** 224-717-1584
**Reporting Officer:** K. Totten #9

**Narrative:** On the above date and time I was dispatched to 915 18th St Zion IL in reference to a subject being threatened with a hammer. Upon my arrival dispatched advised that according to the caller/complainant we can enter the house using the backdoor. Ofc Thornton and myself located a highly intoxicated and verbally combative subject in the living room of the house. The subject was later identified as:

**Sinde, William L**

**M/W 02/24/39**

**915 18th St Zion IL 60099**

**847-246-4415**

When Ofc Zaloudek arrived on the scene he spoke with the complainant in the basement and advised that there will be a signed complaint against William. Prior to taking William into custody Ofc Thornton observed a firearm in the waistband of William pants. Ofc Thornton and myself used physical restraint to prevent William from reaching for the weapon. William was secured in handcuffs (double

___Records ___File
___ Detective Bureau
___ Reporting Officer
___ Prosecution ___ Follow-up

**Reporting Officer:** [signature]

**Supervisor:** [signature]

**Date** 9/21/2006

locked). The weapon found in the waistband was loaded with 5 rounds of ammunition. Another firearm was located in the bedroom on the nightstand. The firearms were identified as:

**1-Smith and Wesson .357 Mag Revolver (Found in Waistband)**

**Serial # X8461**

**1-Beratta .22 Caliber Semi automatic Pistol (Found in bedroom)**

**Serial # BCS 43128U**

Both weapons will be held to after the court date for the current charges. William does possess a valid FOID card (FOID # 51280054). The hammer was located in the bedroom of the house and will be entered into the BEAST as evidence along with the firearms. William was charged with the following:

**NT 11938 720 ILCS 5/12-2(a)(1) Aggravated Assault Cl A**

And will be held for bond court due to not being able to post bond. See Ofc Zaloudek's supplemental report for the victim's oral and written statement. There is no further information at this time.

___Records ___File
___ Detective Bureau
___ Reporting Officer
___ Prosecution ___ Follow-up

**Reporting Officer:** [signature] #9

**Supervisor:** [signature]

**Date** 9/21/2006

  

Z[illegible]N POLICE DEPARTMENT 2101 Salem Blvd., Zion, Il. 60099 (847) 872-8000 fax (847) 746-4088

**Case #: 06-22069**
**Natur[illegible] Incident: Aggravated Assault**
**Location: 915 18th St., Zion IL 60099**
**Date: 09/21/06**
**Time: 01:13 a.m.** NOT advised of Chrg until 3-4am! CK. Time printed/mugged?
**Reporting Officer: Derek Zaloudek #8**

Narrative: On 9/21/06 at 1:13 a.m., I responded to 915 18th St. to assist officers Totten #9 and Thornton #45 on a call for service regarding domestic violence between two subjects, later identified as:

| | |
|---|---|
| **Sinde, Victor E.**<br>**M/W 12/1/69** | **VICTIM** |
| **[illegible], William L.**<br>**M/W 2/[illegible]4/39** | **OFFENDER** |

As I entered the residence through the south door, Totten and Thornton were both verbally engaged with Willi[illegible] [illegible] kitchen area. I walked downstairs to the basement area to speak to Victor, as dispatch advised he was barricaded in the basement for safety. According to Victor, William was drinking heavily for most of the late evening on 9/20/06. (William became verbally abusive towards Victor while the two were sitting in the kitchen, specifically making threats to do bodily harm to Victor by use of a hammer. Fearing bodily harm, Victor went to the basement of the residence and secured the basement door by propping a few 2x4 boards ~~against the door.~~) Moments later, ~~William broke the door away~~ from the door frame ~~utilizing the same hammer~~ he previously threatened Victor with and pushed his way through the doorway. William then approached Victor and waved the hammer at him as though he was going to strike him. Victor said that William then told him he was "going to smash my head in." I asked Victor if he wished to press charges against William for the incident, and he said that he did. Victor signed a non-traffic citation form to be used in William's arrest. I also asked Victor if he would be willing to provide a written statement regarding the incident, and he agreed (see attached copies.)

For further information, see the original field case report filed by Totten.

__Records __File

__Detective Bureau
__Reporting Officer
__Prosecution
__Follow-up

Reporting Officer [signature] #8

Supervisor [signature]

Date 09/21/06 Page 1 of 1

  

**ZION POLICE DEPARTMENT** 2101 Salem Blvd., Zion, IL. 60099 (847) 872-8000 fax (847) 746-4088

**Incident Case Number :** 06-22069

**Date :** 9/21/06 **Time :** 1:13AM **Location :** 915 18th St Zion IL

I, Victor E. Sinde (Print Name) of 915 18Th steet (Print Address)

**Date of Birth :** 12-01-69 **make this statement of my own free will, and it is the truth to the best of my knowledge. I have not been promised anything or threatened in any way. I have been advised that anything I say or write may be used in court in the event of a trial.**

After drinking Heavily William Sinde began ...lly Abusing me Threatening To Harm me. Secured The door To my basement Living area with 2X4's and screws. William Then smashed Through The door with a hammer, Tore down The 2X4'S and waved The hammer at me Threatening To Smash my head in.

Victor Sinde
Signature of person giving statement

[signature] #8
Signature of Witness