## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM L. SINDE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 2743 |
| | ) | |
| ZION POLICE DEPARTMENT, et. al. | ) | Judge Zagel |
| | ) | |
| | ) | |
| Defendants. | ) | Magistrate Judge Keys |

### NOTICE OF MOTION

To:  William L. Sinde
  915 18th Street
  Zion, IL 60099-1808

    Please take notice that on Tuesday, July 15, 2008, at 10:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Zagel or any judge sitting in his stead, in the Courtroom usually occupied by him in Room 2503 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, IL, and then and there present the DEFENDANT STATE'S ATTORNEY'S OFFICE MOTION TO DISMISS, a copy of which is attached hereto and hereby served upon you.

                                                                         By:  s/Thomas Anger
                                                                            Assistant State's Attorney

Thomas Anger #6282443
Assistant State's Attorney
18 North County Street
Waukegan, IL 60085
(847) 377-3050
U:\WPDATA\CIVIL\Tom Anger\Civil Litigation\Sinde v. 19th Jud. Cir. and LCSAO 08-2743\NOM.wpd

### CERTIFICATE OF SERVICE

    I, Thomas Anger, an attorney, certify that I served a copy of the foregoing Notice of Motion and DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEA to William Sinde at the address listed above on July 8, 2008.

                                                                            By:  s/Thomas Anger