**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William L. Sinde
                                       Plaintiff,

v.                                                                     Case No.: 1:08−cv−02743
                                                                    Honorable James B. Zagel

City of Zion, IL Police Department, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable James B. Zagel: Motion hearing held on 7/15/2008. MOTION by Defendant Lake County Illinois States Attorney's Office to dismiss [16] is granted. Lake County Illinois States Attorney's Office terminated.MOTION by Plaintiff William L. Sinde for reconsideration and reinstatement [15] is denied. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.