FILED

AUG 0 8 2008 AEE
Aug 8 - 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

William L. Sinde, Plaintiff — Court No. 08 C2743

V

City of Zion, Illinois, Police Department, et al, Defendant

Judge Zagel
Magistrate Judge Keys

PLANTIFF, MOTION FOR COURT RECONSIDER, REINSTATE DEFENDANT LAKE COUNTY STATES ATTORNEY OFFICE

1. Plaintiff respectfully requests this Honorable Court reconsider, reinstate Defendants States Attorney Office, 19th Judicial Circuit.

2. Motion to dismiss, States Attorney Office, 07-08-2008, states (ph. 3, pg. 4) "he was prosecuted in accordance with the law. (ph. 5, pg 5) Defendant States Attorney Office is absolutely immune from suit for it's lawful prosecution of Plaintiff."

3. Plaintiff's complaint, motions, evidence, placed before this Honorable Court, shows a clear violation, depravation of XIV amendment USC, "equal protection of the laws." by States Attorney's Office 19th Judicial Circuit Court, an allegation is not sufficient probable cause, "i.e. reasonable ground to suppose that a criminal charge is well found" Therefore prosecution, trial, unlawful and claims of being absolutely immune, Moot. Aggravated Assault charge should have been dismissed as frivolous.

WHEREFORE: Plaintiff respectfully requests this Honorable Court give Plaintiffs motions reconsideration. And subpoena 19th Judicial Circuit Court, hearing, trial transcripts, Gen. No. 06 CM 5874, for this Honorable Courts review before ruling on this motion.

Respectfully submitted
William L. Sinde

William L. Sinde, Pro Se
915 18th St
Zion, Il 60099
847-246-4415
08-05-2008